IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH KELLY,

    Plaintiff,

v.                          CASE NO. 4:13cv647-RH/CAS

KAREN CRISSMAN,

    Defendant.

_____/

## ORDER OF REMAND TO STATE COURT

The joint motion to remand this case to state court, ECF No. 5, is GRANTED. The clerk must take all steps necessary to effect the remand.

SO ORDERED on January 3, 2014.

                                    s/Robert L. Hinkle
                                    United States District Judge